No. 73–5265. KOKOSZKA v. BELFORD, TRUSTEE IN BANKRUPTCY. C. A. 2d Cir. [Certiorari granted, 414 U. S. 1091.] Benjamin R. Civiletti, Esquire, of Baltimore, Maryland, a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of judgment below.

No. 73–5412. DILLARD ET AL. v. INDUSTRIAL COMMISSION OF VIRGINIA ET AL. Appeal from D. C. E. D. Va. [Probable jurisdiction noted, 414 U. S. 1110.] Motion of appellee Aetna Casualty & Surety Co. for divided argument granted.

No. 73–5872. CAVER v. UNITED STATES;

No. 73–5888. VAN HOOK v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CENTRAL DIVISION; and

No. 73–6213. JONES v. ALABAMA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–1106. COUSINS ET AL. v. WIGODA ET AL. App. Ct. Ill., 1st Dist. Certiorari granted.

No. 73–1265. SAXBE, ATTORNEY GENERAL, ET AL. v. WASHINGTON POST CO. ET AL. C. A. D. C. Cir. Certiorari granted. Time for filing appendix and briefs accelerated so that this case may be argued with consolidated cases No. 73–754 [*Procunier* v. *Hillery,* probable jurisdiction noted, 414 U. S. 1127] and No. 73–918 [*Pell* v. *Procunier,* probable jurisdiction noted, 414 U. S. 1155]. A total of two hours allotted for oral argument for all three cases.